LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
(907) 243-2400

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4: 24

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-108 CR (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ENTRY OF APPEARANCE |
| vs. | ) | |
| | ) | |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the Law Offices of Mark A. Rosenbaum, by and

through Mark A. Rosenbaum, Attorney-at-Law, and hereby gives notice of his

general appearance on behalf of Defendant Damon Stevens in the above-captioned

action. All further pleadings and correspondence, etc., should be sent to counsel

at the following address.



LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400
Fax: (907) 243-2609
Email: mark.rosenbaum.law@gci.net


DATED: *9 Dec. 2005*        Respectfully submitted,


LAW OFFICES OF MARK A. ROSENBAUM
Attorneys for Defendant

By: _____
MARK A. ROSENBAUM
Attorney-at-Law

I declare under penalty of perjury
that a true and correct copy of the
foregoing **ENTRY OF APPEARANCE**
will be served upon

| | | |
|---|---|---|
| STEPHAN A. COLLINS<br>Assistant U.S. Attorney<br>222 W. 7th Ave., Rm. C-253<br>Anchorage, Alaska 99513 | MICHAEL DIENI<br>Assistant F.P.D.<br>550 W. 7th Ave., Suite 1600<br>Anchorage, Alaska 99501 | D. SCOTT DATTAN<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503 |
| T. BURKE WONNELL<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503 | SCOTT A. STERLING<br>Attorney-at-Law<br>851 E. Westpoint Dr., No.201<br>Wasilla, Alaska 99654 | LANCE C. WELLS<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501 |
| JOHN C. PHARR<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501 | HUGH W. FLEISCHER<br>Attorney-at-Law<br>310 K St., Suite 200<br>Anchorage, Alaska 99501 | |

on December 9, 2005, by one or more of the following means:

(X) U.S. Mail
( ) U.S. Mail Certified
(X) FAX
( ) Hand Delivery
( ) Hand Delivery to FPD Pickup Box
(X) Hand Delivery to USAO
( ) Private Messenger Service

Executed at Anchorage, Alaska, on
December 9, 2005.

Law Offices of Mark A. Rosenbaum