LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4: 24

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>DAMON STEVENS, et al.,　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　 ) | No. A05-108 CR (JWS)<br><br>REQUEST FOR NOTICE<br>PURSUANT TO<br>RULE 12(b)(4)(B), Fed.R.Crim.P. |

COMES NOW Defendant Damon Stevens, by and through the Law Offices of Mark A. Rosenbaum, and, pursuant to Rule 12(b)(4)(B), Fed.R.Crim.P., hereby requests notice of the government's intent to use (in its evidence-in-chief at trial) any evidence that the defendant may be entitled to discover under Rule 16, so that defendant may have an adequate opportunity to move to suppress evidence



under Rule 12(b)(3)(C). In order to afford defendant such an adequate opportunity, such notice must include sufficient specificity to identify the document or object intended to be so used.

DATED: 9 Dec 2005    Respectfully submitted,

                                      LAW OFFICES OF MARK A. ROSENBAUM
                                      Attorneys for Defendant

By: /s/ Mark A. Rosenbaum
                                      MARK A. ROSENBAUM
                                      Attorney-at-Law

I declare under penalty of perjury
that a true and correct copy of the
foregoing **REQUEST FOR NOTICE PURSUANT TO
RULE 12(b)(4)(B), Fed.R.Crim.P.**
will be served upon

| | | |
|---|---|---|
| STEPHAN A. COLLINS<br>Assistant U.S. Attorney<br>222 W. 7th Ave., Rm. C-253<br>Anchorage, Alaska 99513 | MICHAEL DIENI<br>Assistant F.P.D.<br>550 W. 7th Ave., Suite 1600<br>Anchorage, Alaska 99501 | D. SCOTT DATTAN<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503 |
| T. BURKE WONNELL<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503 | SCOTT A. STERLING<br>Attorney-at-Law<br>851 E. Westpoint Dr., No.201<br>Wasilla, Alaska 99654 | LANCE C. WELLS<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501 |
| JOHN C. PHARR<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501 | HUGH W. FLEISCHER<br>Attorney-at-Law<br>310 K St., Suite 200<br>Anchorage, Alaska 99501 | |

on December 9, 2005, by one or more of the following means:

    (X) U.S. Mail
    ( ) U.S. Mail Certified
    (X) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    (X) Hand Delivery to USAO
    ( ) Private Messenger Service

Executed at Anchorage, Alaska, on
December 9, 2005.

*[signature]*
Law Offices of Mark A. Rosenbaum