LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
(907) 243-2400

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 4:11

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-108 CR (JWS) |
| | ) | |
| Plaintiff, | ) | MOTION FOR TIMELY |
| | ) | DISCLOSURE OF EXCULPATORY |
| vs. | ) | AND MITIGATING |
| | ) | INFORMATION |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law Offices of Mark A. Rosenbaum, and, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150, 154 (1972), and their progeny, hereby moves for disclosure of all exculpatory information on the issue of innocence or guilt and all mitigating information on the issue of punishment.

98

Defendant requests that the Court order such disclosure in a manner sufficiently timely to permit it to be useful in making an informed, intelligent decision on how to proceed in this case, and if there is no election to change a plea or pleas, to allow defendant to effectively prepare for trial.

DATED: /3 Dec. 2005   Respectfully submitted,

LAW OFFICES OF MARK A. ROSENBAUM
Attorneys for Defendant

By: _____
MARK A. ROSENBAUM
Attorney-at-Law

_____

IT IS SO ORDERED.

Dated: _____   _____
                                 U.S. District/Magistrate Judge

2

I declare under penalty of perjury
that a true and correct copy of the
foregoing **MOTION FOR TIMELY DISCLOSURE OF EXCULPATORY AND MITIGATING INFORMATION**
will be served upon

| | | |
|---|---|---|
| STEPHAN A. COLLINS<br>Assistant U.S. Attorney<br>222 W. 7th Ave., Rm. C-253<br>Anchorage, Alaska 99513<br>Fax: 907-271-1500 | MICHAEL DIENI<br>Assistant F.P.D.<br>550 W. 7th Ave., Suite 1600<br>Anchorage, Alaska 99501<br>Fax: 907-646-3480 | D. SCOTT DATTAN<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503<br>907-278-8571 |
| T. BURKE WONNELL<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503<br>907-278-8571 | SCOTT A. STERLING<br>Attorney-at-Law<br>851 E. Westpoint Dr., No.201<br>Wasilla, Alaska 99654<br>907-376-8078 | LANCE C. WELLS<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501<br>907-277-9859 |
| JOHN C. PHARR<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501<br>907-277-9859 | HUGH W. FLEISCHER<br>Attorney-at-Law<br>310 K St., Suite 200<br>Anchorage, Alaska 99501<br>907-264-6602 | RAUL MENDEZ<br>Attorney-at-Law<br>5713 136th St., S.E.<br>Everett, Washington 98208<br>425-316-6707 |

on December 13, 2005, by one or more of the following means:

(X) U.S. Mail
( ) U.S. Mail Certified
(X) FAX
( ) Hand Delivery
( ) Hand Delivery to FPD Pickup Box
(X) Hand Delivery to USAO
( ) Private Messenger Service

Executed at Anchorage, Alaska, on
December 13, 2005.

*[signature]*
Law Offices of Mark A. Rosenbaum

3