LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
(907) 243-2400

Attorneys for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 4: 11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-108 CR (JWS) |
| | ) | |
| Plaintiff, | ) | MOTION ON SHORTENED TIME |
| | ) | FOR DISCOVERY |
| vs. | ) | PURSUANT TO |
| | ) | RULE 16(a)(1), Fed.R.Crim.P. |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law Offices of Mark A. Rosenbaum, and, pursuant to Rule 16(a)(1), Fed.R.Crim.P., hereby moves on shortened time for discovery of the materials set forth in the Rule. To date, defendant has not been provided with materials compliant with the

Rule. Defendant has been provided with copies of pretrial detention orders, search warrants and applications, and various law enforcement reports, but the defense has not received defendant's prior record (Rule 16(a)(1)(D), Fed.R.Crim.P. ), defendant's written or recorded statements (particularly given the government's notice that a wiretap was utilized in the investigation of this case; Rule 16(a)(1)(B), Fed.R.Crim.P. ), and clearly has not received any reports of examinations or tests (Rule 16(a)(1)(F), Fed.R.Crim.P. ), the required information concerning expert witnesses (Rule 16(a)(1)(G), Fed.R.Crim.P. ), or even an invitation to view and inspect, let alone disclosure of, documents and objects the government possession which it intends to use in its case-in-chief (Rule 16(a)(1)(E), Fed.R.Crim.P. ) .

Moreover, the defense has requested notice pursuant to Rule 12((b)(4)(B), Fed.R.Crim.P., and received a government response to a codefendant's Rule 12 notice request,

> "that the United States intends to use all of the evindence obtained during the course of the investigation of this matter, including all recorded contacts and captured conversations, all physical evidence seized pursuant to warrants, as well as the individual defendant statements made to law enforcement after arrest. The United States' prior agreement to provide discovery in this case was the informal notice of the government's intent to use this evidence."

Accordingly, in light of the government's representation that it has complied with the discovery rules, the defense has no real choice but to move for an order compelling the discovery sought herein forthwith, and since pretrial motions cannot reasonably be prepared without first receiving rule-compliant discovery, shortened time for consideration is necessary given the current motions deadline of December 15, 2005.

DATED: /3 Dec. 2005        Respectfully submitted,

                                  LAW OFFICES OF MARK A. ROSENBAUM
                                  Attorneys for Defendant

                                By: _____
                                    MARK A. ROSENBAUM
                                    Attorney-at-Law

_____

IT IS SO ORDERED.

Dated: _____        _____
                                                   U.S. District/Magistrate Judge

I declare under penalty of perjury
that a true and correct copy of the
foregoing **MOTION ON SHORTENED TIME FOR DISCOVERY PURSUANT TO RULE 16(a)(1), Fed.R.Crim.P.**
will be served upon

| | | |
|---|---|---|
| STEPHAN A. COLLINS<br>Assistant U.S. Attorney<br>222 W. 7th Ave., Rm. C-253<br>Anchorage, Alaska 99513<br>Fax: 907-271-1500 | MICHAEL DIENI<br>Assistant F.P.D.<br>550 W. 7th Ave., Suite 1600<br>Anchorage, Alaska 99501<br>Fax: 907-646-3480 | D. SCOTT DATTAN<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503<br>907-278-8571 |
| T. BURKE WONNELL<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503<br>907-278-8571 | SCOTT A. STERLING<br>Attorney-at-Law<br>851 E. Westpoint Dr., No.201<br>Wasilla, Alaska 99654<br>907-376-8078 | LANCE C. WELLS<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501<br>907-277-9859 |
| JOHN C. PHARR<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501<br>907-277-9859 | HUGH W. FLEISCHER<br>Attorney-at-Law<br>310 K St., Suite 200<br>Anchorage, Alaska 99501<br>907-264-6602 | RAUL MENDEZ<br>Attorney-at-Law<br>5713 136th St., S.E.<br>Everett, Washington 98208<br>425-316-6707 |

on December 13, 2005, by one or more of the following means:

(X) U.S. Mail
( ) U.S. Mail Certified
(X) FAX
( ) Hand Delivery
( ) Hand Delivery to FPD Pickup Box
(X) Hand Delivery to USAO
( ) Private Messenger Service

Executed at Anchorage, Alaska, on
December 13, 2005.

*[signature]*

Law Offices of Mark A. Rosenbaum

4