LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
(907) 243-2400

Attorneys for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 4:12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A05-108 CR (JWS) |
| | ) | |
| Plaintiff, | ) | MOTION TO CONTINUE TRIAL |
| | ) | AND FOR ENLARGEMENT OF |
| vs. | ) | TIME TO FILE PRETRIAL |
| | ) | MOTIONS |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law Offices of Mark A. Rosenbaum, and hereby moves (1) to continue the trial in the above-captioned action from February 8, 2006, to any time mutually convenient to the Court and counsel after April 10, 2006; and (2) to enlarge the time for filing pretrial motions accordingly.

This motion is made on the ground that with Rule 16 discovery not yet completed and notice of a wiretap being involved in the case having been given on December 9, 2005, the current trial date and pretrial motions deadline for an eleven defendant, twenty-two count indictment are not realistic if defense counsel are to provide effective assistance to their clients. For purposes of the Speedy Trial Act, based on the foregoing, it is respectfully urged that the Court declare the case complex.

DATED: 13 Dec 2005     Respectfully submitted,

                             LAW OFFICES OF MARK A. ROSENBAUM
                             Attorneys for Defendant

                             By: _____
                             MARK A. ROSENBAUM
                             Attorney-at-Law

_____

IT IS SO ORDERED.

Dated: _____    _____
                                          U.S. District/Magistrate Judge

I declare under penalty of perjury
that a true and correct copy of the
foregoing MOTION TO CONTINUE TRIAL AND FOR ENLARGEMENT OF
TIME TO FILE PRETRIAL MOTIONS
will be served upon

| | | |
|---|---|---|
| STEPHAN A. COLLINS<br>Assistant U.S. Attorney<br>222 W. 7th Ave., Rm. C-253<br>Anchorage, Alaska 99513<br>Fax: 907-271-1500 | MICHAEL DIENI<br>Assistant F.P.D.<br>550 W. 7th Ave., Suite 1600<br>Anchorage, Alaska 99501<br>Fax: 907-646-3480 | D. SCOTT DATTAN<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503<br>907-278-8571 |
| T. BURKE WONNELL<br>Attorney-at-Law<br>2600 Denali St., Suite 460<br>Anchorage, Alaska 99503<br>907-278-8571 | SCOTT A. STERLING<br>Attorney-at-Law<br>851 E. Westpoint Dr., No.201<br>Wasilla, Alaska 99654<br>907-376-8078 | LANCE C. WELLS<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501<br>907-277-9859 |
| JOHN C. PHARR<br>Attorney-at-Law<br>733 W. 4th Ave., Suite 308<br>Anchorage, Alaska 99501<br>907-277-9859 | HUGH W. FLEISCHER<br>Attorney-at-Law<br>310 K St., Suite 200<br>Anchorage, Alaska 99501<br>907-264-6602 | RAUL MENDEZ<br>Attorney-at-Law<br>5713 136th St., S.E.<br>Everett, Washington 98208<br>425-316-6707 |

on December 13, 2005, by one or more of the following means:

    (X) U.S. Mail
    ( ) U.S. Mail Certified
    (X) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    (X) Hand Delivery to USAO
    ( ) Private Messenger Service

Executed at Anchorage, Alaska, on
December 13, 2005.

_____
Law Offices of Mark A. Rosenbaum

3