## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

FILED DEC 1 4 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By _____ Deputy

UNITED STATES OF AMERICA       v.    DAMON STEVENS (D-4)

THE HONORABLE JOHN W. SEDWICK    CASE NO.  A05-0108-04 CR (JWS)

Deputy Clerk                     Official Recorder

Pam Richter                      _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

At docket 97, defendant Stevens has given notice of intent to change his plea as to Counts 12 and 22. The court will hold a hearing to consider defendant Stevens proposed changes of plea at 10:00 AM on Friday, December 16, 2005.

Defendant Stevens' motion to continue trial at docket 100 is **DENIED** without prejudice to the consideration of Stevens' input at the trial scheduling conference already set for December 21, 2005.

DATE: December 14, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

prr ✓ 12/14/05 t/c notice: S. Collins, M. Rosenbaum, USM, USPO

A05-0108--CR (JWS)   12-14-05    US PROBATION
                                 JURY CLERK
M. ROSENBAUM                     MAGISTRATE JUDGE ROBERTS
S. COLLINS (US ATTY)
US MARSHAL

103