


MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. DAMON STEVENS

Case No. *A05-108-04 CR (JWS/JDR)*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

## MINUTE ORDER FROM CHAMBERS

### RE: Motion on Shortened Time for Discovery, Docket Nos. 99

Defendant Steven's motion for shortened time consideration regarding his request for discovery is granted. The government is directed to file its response, if any, to defendant Stevens' Motion for Discovery filed at Docket No. 99 on or before December 23, 2005.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 16, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\A05-108-04 CR (JWS) Stevens MO Re Mtn for Discovery.wpd

A05-0108--CR (JWS)   12/16/05

H. ROSENBAUM
J. COLLINS (US ATTY)

112