FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 AM 11: 19

TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. A05-108 - 4 CR (JWS) |
| Plaintiff, | ) |
| vs. | ) RESPONSE TO MOTION FOR<br>) DISCOVERY PURSUANT TO FED.<br>) R. CRIM. P. 16(a)(1) |
| DAMON STEVENS, | ) |
| Defendant. | ) |

Damon Stevens, the defendant, moves for disclosure of discovery to which

he is entitled pursuant to Fed. R. Crim. P. 16(a). Apparently, counsel for Stevens

has not reviewed the discovery that has been available to him. The material he

seeks is in the discovery already provided, including the report that Stevens did

not wish to make a post-arrest statement; the substance of Steven's intercepted conversations; and the laboratory reports of the controlled substances seized and analyzed, as well as the identity of the chemist who conducted the analysis. If counsel questions the qualifications of the Drug Enforcement Administration Chemists who conducted the analysis, the United States will obtain their respective curriculum vitae.

Defense counsel does not require a formal invitation to arrange to inspect the physical evidence that is not contained in the audio and video tape evidence. Stevens' criminal history was set forth in the pretrial services report provided to the defendant. If defense counsel needs another copy, the United States will provide him with a fresh copy.

From the beginning of this matter, the United States has provided all defendants and their counsel with the discovery in this case and has allowed counsel access to this discovery. If counsel, after reviewing the material already provided continues to believe that the United States is in possession of material that he is entitled to receive pursuant to Fed. R. Crim. P. 16, he need only point out why he believes the United States has it in its possession and where it might be. If counsel is missing any portion of the numbered discovery provided to him, the United States will provide him with a replacement.

If during the course of preparing for trial in this matter, the United States comes into possession of new material the defendant is entitled to receive pursuant to Fed. R. Crim. P. 16, the United States will provide copies of the discovery to all defendants.

RESPECTFULLY SUBMITTED this day, December 23, 2005, in Anchorage, Alaska.

>TIMOTHY M. BURGESS
>United States Attorney
>
>*/s/ Stephan A. Collins*
>STEPHAN A. COLLINS
>Assistant U.S. Attorney

```
I declare under penalty of perjury that a true and correct copy of the foregoing was
sent to the
following counsel of record on December 23, 2005, via:

fax

Mark A. Rosenbaum
4940 Byrd Lane
Anchorage, Ak
99502

907-243-2609
```

Executed at Anchorage, Alaska, on December 23, 2005

*/s/*

Legal Secretary
Office of the U.S. Attorney