FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 AM 11: 19

TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-108 - 4 CR (JWS) |
| ) | |
| Plaintiff, ) | |
| ) | RESPONSE TO MOTION FOR |
| vs. ) | DISCLOSURE OF |
| ) | EXCULPATORY AND |
| DAMON STEVENS, ) | MITIGATING INFORMATION |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Damon Stevens, the defendant, moves for disclosure of material subject to disclosure pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1974). The United States has no exculpatory information or evidence in its possession or control, and counsel for the United

States is not aware of the existence of any such material. The United States agrees to provide any exculpatory evidence if any such evidence ever comes into its possession.

As Steven's request may pertain to information that may be used to impeach a government's witness, normally such material need only be disclosed after the witness has testified for the government. The United States will provide any *Giglio* material, however, three or four calendar days before the commencement of trial in this matter–depending on the number of government witnesses and the need to protect the identity of any government witness for safety reasons. Stevens has not stated any sufficient cause or reason to require earlier disclosure of such material.

RESPECTFULLY SUBMITTED this day, December 23, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney