UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>vs.<br><br>Carlos Likee **RAINEY**,<br>Shannon Dawn **RAINEY**,<br>D'Andre **TOLBERT**,<br>Damon **STEVENS**,<br>Richard James **McKINNON**,<br>Joshua Price **PLUID**,<br>Krista Ann **CALLAN**,<br>Alexander **BOOKER**,<br>Alfredo **MARTINEZ**,<br>Francisco **MARTINEZ**,<br>Isai **HERNANDEZ**,<br><br>         Defendants. | A05-108 CR (JWS)<br><br>**ORDER REGARDING**<br>**MOTION FOR DISCOVERY**<br><br>(Docket No. 98) |

      Defendant **Damon Stevens** moves the court for discovery pursuant to Rule 16(a)(1), Federal Rules of Criminal Procedure. Counsel's requests include but are not limited to (1) the defendant's prior record; (2) defendant's written or recorded statements (wiretap), pursuant to Rule 16(a)(1)(B); (3) any reports of examinations or tests, pursuant to Rule 16(a)(1)(F); (4) information concerning expert witnesses, pursuant to Rule 16(a)(1)(G); and (5) documents and objects the government may

have in its possession which it intends to use in its case-in-chief pursuant to Rule 16(a)(1)(E), Federal Rules of Criminal Procedure. Docket No. 99. The government filed a response at Docket No. 136. The government in its response states that discovery has already been provided, including the report that defendant Stevens did not wish to make a post-arrest statement; the substance of the defendant's intercepted conversations and laboratory reports of controlled substances seized, as well as the identity of the chemist who conducted the analysis. The government shall be bound by its statements. The government shall also produce any other statements of the defendant which are relevant to the crime(s) charged and are exculpatory under Brady v.Maryland, 373 U.S. 83 (1963) or its progeny. If counsel questions the qualifications of the DEA chemists who conducted the analysis, the United States will obtain their respective curriculum vitae at least five days before trial. The government further states that should the United States come into possession of new material the defendant is entitled to receive under this order, the United States will provide the necessary information to defense counsel.

DATED this 28th day of December, 2005, at Anchorage, Alaska.

JOHN D. ROBERTS
United States Magistrate Judge