UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br>vs.<br><br>Carlos Likee **RAINEY**,<br>Shannon Dawn **RAINEY**,<br>D'Andre **TOLBERT**,<br>Damon **STEVENS**,<br>Richard James **McKINNON**,<br>Joshua Price **PLUID**,<br>Krista Ann **CALLAN**,<br>Alexander **BOOKER**,<br>Alfredo **MARTINEZ**,<br>Francisco **MARTINEZ**,<br>Isai **HERNANDEZ**,<br><br>　　　　　Defendants. | A05-108 CR (JWS)<br><br>**ORDER REGARDING<br>MOTION FOR EXCULPATORY<br>INFORMATION**<br><br>(Docket No. 99) |

　　　　Defendant **Damon Stevens** moves the court compel production of exculpatory and mitigating information on the issue of punishment.  See Docket No. 98.  The government has submitted a response, Docket No. 137.

The government is directed to review its evidence; and if it contains information which is exculpatory under Brady the government shall timely disclose such information to the defendant.[1]  If, upon review, the government believes that no additional Brady information is contained in its files, then the government shall so respond to the defendant in writing.

The defendant's request for an order compelling the government to furnish defense counsel with exculpatory information is GRANTED pursuant to Brady v. Maryland, supra, and its progeny.

DATED this 28th day of December, 2005, at Anchorage, Alaska.

JOHN D. ROBERTS
United States Magistrate Judge

---

[1] "Brady does not necessarily require that the prosecution turn over exculpatory material before, rather than at trial. To escape the Brady sanction, disclosure 'must be made at a time when disclosure would be of value to the accused.' United States v. Davenport, 753 F.2d 1460, 1462 (9th Cir. 1985); see also, United States v. Shelton, 588 F.2d 1242, 1247 (9th Cir. 1978) (delay in disclosure only requires reversal if it so prejudiced appellant's preparation or presentation of his defense that he was prevented from receiving a fair trial), cert. denied, 442 U.S. 909 (1979)." United States v. Gordon, supra.