TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case  No.  3:05-cr-108-11 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | RESPONSE TO MOTION |
| vs. | ) | |
| | ) | |
| ISAI HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ———————————————— | ) | |

        Isai Hernandez, the defendant, moves to have the United States produce a

copy of video and audio recordings in which he appears and is overheard.  The

United States has previously made available the audiotapes in which Hernandez is

believed to have been overheard.  Furthermore, the United States agrees to make

available for copying the videotapes in which Hernandez is interested to him as well as the other defendants.

RESPECTFULLY SUBMITTED this day, January 13, 2006, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2006
a copy of the foregoing was served
electronically:

Raul Mendez, Esq.                            D. Scott Dattan
(Counsel for ▲ Isai Hernandez)               (Counsel for ▲ Shannon Rainey)
P.O. Box 12028                               2600 Denali St., Suite 460
Mill Creek, WA 98082                         Anchorage, AK 99503
(206) 284-0849                               Fax: 907-278-8571
(425) 316-6707

T. Burke Wonnell                             Michael Dieni
(Counsel for ▲ D'Andre Tolbert)              (Counsel for ▲ Richard McKinnon)
2600 Denali St., Ste. 460                    Federal Public Defender Agency
Anchorage, AK 99503                          550 W. 7th Ave., #1600
Tele: 276-8008                               Anchorage, AK 99501
Fax: 278-8571                                Fax: (907) 646-3480

Lance C. Wells                               John C. Pharr
(Counsel for ▲ Krista Callan)                (Counsel for ▲ Alexander Booker)
733 West 4th, Suite 308                      733 W. 4th Ave., Suite 308
Anchorage, AK 99501                          Anchorage, AK 99501
Fax: (907) 277-9859                          Fax: (907) 277-9859

via FAX:

William B. Carey
(Counsel for ▲ Carlos Rainey)
Carey Law Office
1502 W. 34th Avenue
Anchorage, AK 99503
Fax: (907) 272-4256

Scott Sterling, Esq.
(Counsel for ▲ Joshua Pluid)
851 E. Westpoint Drive Suite 201
Wasilla, AK 99654
Tele: 376-8076
Fax: 376-8078

Mark A. Rosenbaum
(Counsel for ▲ Damon Stevens)
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
Fax: (907) 243-2609


s/ Stephan A. Collins