# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>     UNITED STATES OF AMERICA     </u>   v.   <u>     DAMON STEVEN     </u>

THE HONORABLE JOHN W. SEDWICK   CASE NO.   <u>  3:05-cr-00108-04-JWS  </u>

<u>Deputy Clerk</u>                      <u>Official Recorder</u>

<u>     Pam Richter     </u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The United States will please respond to the notice/motion at docket 261 filed on behalf of defendant Stevens not later than May 18, 2006.

DATE: <u> May 15, 2006 </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS:<u> prr </u>
Deputy Clerk

[FORMS*IA*]