LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF INTENT |
| vs. | ) | TO CHANGE PLEAS |
| | ) | |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law Offices of Mark A. Rosenbaum, and hereby gives notice of his intent to change his pleas as to Counts 1, 12 and 22 of the first Indictment, from not guilty to no contest or guilty.  There is no plea agreement with the government, and defendant requests that the hearing pursuant to Rule 11, F.R.Crim.P.,  be set at the earliest

convenience for the Court, preferably any time after 9:00 a.m. on any Monday, Tuesday, or Friday; or in the afternoon of any Wednesday or Thursday.

DATED: _____          Respectfully submitted,

                                          LAW OFFICES OF MARK A. ROSENBAUM
                                          Attorneys for Defendant

By:   s/ Mark A. Rosenbaum
        MARK A. ROSENBAUM
        4940 Byrd Lane, Suite 100
        Anchorage, Alaska  99502
        Voice: (907) 243-2400
        Fax: (907) 243-2609
        E-mail: mark.rosenbaum.law@gci.net
        Alaska Bar No. 8906033

I declare under penalty of perjury that a true and correct copy of the foregoing **NOTICE OF INTENT CHANGE PLEAS** was served upon

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on May 21, 2006, via:

      ( ) U.S. Mail
      ( ) U.S. Mail Certified
      ( ) FAX
      ( ) Hand Delivery
      ( ) Hand Delivery to FPD Pickup Box
      ( ) Hand Delivery to USAO
      ( ) Private Messenger Service
      (X) Email via CM/ECF

Executed at Anchorage, Alaska, on May 21, 2006.


s/ Mark A. Rosenbaum