**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>DAMON STEVENS</u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                CASE NO. <u>3:05-cr-00108-04-JWS</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: May 22, 2006

      The above-referenced matter had been set on for a jury trial to commence on June 5, 2006, before Judge Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on **Friday, May 26, 2006,** at **11:30 a.m.**.

      The June 5, 2006, final pre-trial conference and trial by jury as to this defendant are hereby VACATED.

[]{IK2.WPD*Rev.12/96}