**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>CARLOS LIKEE RAINEY, et al.</u>

THE HONORABLE JOHN W. SEDWICK     CASE NO.  <u>3:05-cr-00108-JWS</u>

    <u>Deputy Clerk</u>                <u>Official Recorder</u>

    <u>Pam Richter</u>

APPEARANCES:    for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

To ensure that the probation officer has adequate time to prepare the Pre-Sentence Report and that each defendant has adequate time to prepare for sentencing, the sentencing proceedings for the defendants named below are **CONTINUED** to the date and time shown below:

Carlos Rainey:  September 18, 2006 at 8:30 AM;
Andre Tolbert:  September 18, 2006 at 9:00 AM;
Damon Stevens:  September 18, 2006 at 10:00 AM;
Richard McKinnon:  September 19, 2006 at 8:30 AM;
Joshua Pluid:  September 19, 2006 at 9:00 AM;
Krista Callan:  September 19, 2006 at 10:00 AM;
Alexander Booker:  September 20, 2006 at 8:30 AM;
Alfredo Martinez:  September 20, 2006 at 9:00 AM; and
Isai Hernandez:  September 20, 2006 at 10:00 AM.

Because the sentencings have been delayed until after the effective date of the new local rule respecting disclosure of the probation officer's recommended sentence, the **Probation Officer is directed** to provide counsel for each defendant, a copy of the probation officer's recommended sentence for that particular defendant.

DATE: <u>June 23, 2006</u>

ENTERED AT JUDGE'S DIRECTION
INITIALS:  <u>prr</u>
Deputy Clerk

[FORMS*IA*]