LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO CONTINUE |
| vs. | ) | IMPOSITION OF SENTENCE AND |
| | ) | ENLARGE TIME FOR |
| DAMON STEVENS, et al., | ) | OBJECTIONS TO THE |
| | ) | PRESENTENCE REPORT |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law

Offices of Mark A. Rosenbaum, and hereby moves to continue the imposition of

sentence in the above-captioned action from September 18, 2006, to any time

mutually convenient to the Court and counsel after October 16, 2006, and to enarge time for objections to the Presentence report consistent with the new date.

This motion is made on the ground that Mr. Stevens has been subpoenaed as a trial witness in the case of Co-defendant Shannon Rainey, which is presently scheduled to begin on August 28, 2006. Counsel for Ms. Rainey has represented that the trial is expected to go forward at that time, and that Co-defendant Carlos Rainey will also be called to testify. Mr. Stevens will be making factual objections to many of the proposed findings contained in the Draft Presentence Report which was issued on August 11, 2006. Those objections are presently due on August 29, 2006, the second scheduled day of the co-defendant's trial.

It is anticipated that a substantial amount of evidence directly relevant to Mr. Stevens' objections will be before the Court during Ms. Rainey's trial. Accordingly, in order for the Court, counsel and, in particular, the presentence report writer, to have the benefit of such evidence in considering objections to the report and at sentencing, the trial has to be completed and transcripts obtained before objections should be made. Based on this need, Mr. Steven's respectfully

requests that the time for his objections to the presentence report be enlarged consistent with a new sentencing date on or after October 16, 2006.

DATED: _____    Respectfully submitted,

        LAW OFFICES OF MARK A. ROSENBAUM
        Attorneys for Defendant

By:  s/ Mark A. Rosenbaum
      MARK A. ROSENBAUM
      4940 Byrd Lane, Suite 100
      Anchorage, Alaska  99502
      Voice: (907) 243-2400
      Fax: (907) 243-2609
      E-mail: mark.rosenbaum.law@gci.net
      Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing  MOTION TO CONTINUE IMPOSITION OF SENTENCE AND ENLARGE TIME FOR OBJECTIONS TO THE PRESENTENCE REPORT
was served upon

STEPHAN  A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on August 18, 2006, via:

      ( )  U.S. Mail
      ( )  U.S. Mail Certified
      ( )  FAX
      ( )  Hand Delivery
      ( )  Hand Delivery to FPD Pickup Box
      ( )  Hand Delivery to USAO
      ( )  Private Messenger Service
      (X)  Email via CM/ECF

and a courtesy copy was provided to

Timothy M. Astle
United States Probation Office

Executed at Anchorage, Alaska, on
August 18, 2006.



s/ Mark A. Rosenbaum