LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE |
| vs. | ) | IMPOSITION OF SENTENCE AND |
| | ) | ENLARGE TIME FOR |
| DAMON STEVENS, et al., | ) | OBJECTIONS TO THE |
| | ) | PRESENTENCE REPORT |
| Defendants. | ) | |

GOOD CAUSE APPEARING therefor,   The imposition of sentence is continued to _____, 2006, at _____ .m., and objections to the presentence report shall be made on or before _____, 2006.

Dated: _____        _____
                                  U.S. District Judge