LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION ON |
| vs. | ) | SHORTENED TIME TO |
| | ) | CONTINUE IMPOSITION OF |
| DAMON STEVENS, et al., | ) | SENTENCE AND ENLARGE TIME |
| | ) | FOR OBJECTIONS TO THE |
| Defendants. | ) | PRESENTENCE REPORT |

COMES NOW Defendant Damon Stevens, by and through the Law

Offices of Mark A. Rosenbaum, and hereby makes his unopposed motion to

continue the imposition of sentence in the above-captioned action from September

18, 2006, to any time mutually convenient to the Court and counsel after retrial in the case of United States v. Shannon Rainey, and to enlarge time for objections to the presentence report consistent with the new date.

This motion is made on the ground that Mr. Stevens was subpoenaed as a trial witness in the case of Co-defendant Shannon Rainey, which began on August 28, 2006, and ended with a hung jury. Prior to the trial beginning, Mr. Stevens moved for the relief sought herein (Docket No. 371), but has received no ruling to date. In the interim, counsel for the government has indicated his intent to retry Ms. Rainey and represented that the government does not oppose continuing Mr. Stevens' sentencing until after the retrial is concluded.

Accordingly, for the reasons previously set forth at Docket No. 371,[1] and in order for the Court, counsel and, in particular, the presentence report writer, to have the benefit of such evidence in considering objections to the report and at sentencing, the retrial has to be completed and transcripts obtained before objections should be made. Based on this need, Mr. Steven's respectfully

---

[1] Mr. Stevens will be making factual objections to many of the proposed findings contained in the Draft Presentence Report and it is anticipated that a substantial amount of evidence directly relevant to Mr. Stevens' objections will be before the Court during Ms. Rainey's retrial.

requests that the time for his objections to the presentence report be enlarged consistent with a new sentencing date after the completion of Ms. Rainey's retrial.

DATED: 12 September 2006      Respectfully submitted,

                                        LAW OFFICES OF MARK A. ROSENBAUM
                                      Attorneys for Defendant

                          By:   s/ Mark A. Rosenbaum
                                  MARK A. ROSENBAUM
                                  4940 Byrd Lane, Suite 100
                                  Anchorage, Alaska  99502
                                  Voice: (907) 243-2400
                                  Fax: (907) 243-2609
                                  E-mail: mark.rosenbaum.law@gci.net
                                  Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE
IMPOSITION OF SENTENCE AND ENLARGE TIME FOR OBJECTIONS TO THE
PRESENTENCE REPORT
was served upon

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on September 12, 2006, via:

      ( ) U.S. Mail
      ( ) U.S. Mail Certified
      ( ) FAX
      ( ) Hand Delivery
      ( ) Hand Delivery to FPD Pickup Box
      ( ) Hand Delivery to USAO
      ( ) Private Messenger Service
      (X) Email via CM/ECF

and a courtesy copy was provided to

Timothy M. Astle
United States Probation Office

Executed at Anchorage, Alaska, on
September 12, 2006.



s/ Mark A. Rosenbaum