**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA     v.     DAMON STEVENS

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:05-cr-00108-04-JWS

    Deputy Clerk

    Robin M. Carter

APPEARANCES:     for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:     **ORDER FROM CHAMBERS**

The motions at dockets 371 and 421 are **GRANTED** as follows:  The imposition of sentence in this case is CONTINUED to 8:30 AM on December 5, 2006.  The deadlines associated with the pre-sentence report and sentencing memos are extended to accord with the new date for the imposition of sentence.  It is highly unlikely that the court would look favorably on a request to continue the sentencing in this case beyond December 5, 2006.  Counsel should plan accordingly.

DATE:  September 14, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  rmc
Deputy Clerk

[FORMS*IA*]