NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-108-4 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO CONTINUE |
| vs. | ) | IMPOSITION OF SENTENCE |
| | ) | HEARING |
| DAMON STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |

The imposition of sentence hearing in this matter is currently set for December 5, 2006.  On this day, November 21, 2006, the final pre-sentence report for the defendant was released.  The defendant has made a number of objections to his pre-sentence report that are unresolved.  Thus, an evidentiary hearing appears to be necessary, not only to resolve the defendant's objections, but also to counter the defendant's apparent attempts to minimize his responsibility in the drug trafficking conspiracy as well as to minimize his criminal propensities.

Unfortunately, a number of the witnesses who will shed light upon the defendant's actual role in the conspiracy are no longer in the District of Alaska. Because of the financial constraints placed upon the United States Marshal, the witnesses can not be transported to Alaska for the December 5, 2006 hearing. Therefore, the United States respectfully moves to have the imposition of sentence hearing rescheduled to sometime after the first of January, 2007 to allow the United States Marshal sufficient time to transport the witnesses back to Alaska.

RESPECTFULLY SUBMITTED this day, November 21, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006
a copy of the foregoing was served
electronically:

Mark A. Rosenbaum


s/ Stephan A. Collins