IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAMON STEVENS,<br><br>      Defendant. | Case No. 3:05-cr-108-4 (JWS)<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO CONTINUE<br>IMPOSITION OF SENTENCE<br>HEARING |

Upon consideration of the government's motion to continue the December 5, 2006 imposition of sentence hearing in this matter, IT IS ORDERED that the imposition of sentence hearing will now be held on January ___, 2007, in Anchorage, Alaska.

Entered this ___ day of _____, 2006, at Anchorage, Alaska

_____  
Date

_____  
John W. Sedwick  
United States District Judge