LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | OPPOSITION TO GOVERNMENT'S |
| vs. | ) | MOTION TO CONTINUE |
| | ) | IMPOSITION OF SENTENCE |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law Offices of Mark A. Rosenbaum, and hereby gives notice of his opposition to the government's motion to continue the imposition of sentence (Docket No. 525,

filed 11/21/06) in the above-captioned action from December 5, 2006, until after January 1,2007.

This opposition is made on the ground that Mr. Stevens has already been transported to Anchorage away from his family in Seattle, Washington, for the December 5 imposition of sentence, and the government's motion will likely result in his missing Christmas and New Years with his daughter and her mother unless it goes forward as scheduled.  Moreover, the government has been on notice of defendant's objections to the presentence report since at least November 13, 2006, when they were filed with the Court, and more likely since the time of his pleas of no contest and guilty over five months ago when it was perfectly clear that he was conceding only his participation in financial transactions related to drug trafficking.  In addition, by preserving his prior opportunities to obtain any recorded testimony of Codefendants Carlos Rainey and D'Andre Tolbert in related proceedings, Mr. Stevens has made it additionally clear that he intends on impeaching their statements as presumptively unreliable government snitches.

Thus, the United States has had more than adequate time to prepare for the sentencing as currently scheduled and should not be allowed to visit holiday misery on Mr. Stevens and his family simply because it failed to do so.

DATED: 22 November 2006   Respectfully submitted,

                                              LAW OFFICES OF MARK A. ROSENBAUM
                                              Attorneys for Defendant

By:   s/ Mark A. Rosenbaum
      MARK A. ROSENBAUM
      4940 Byrd Lane, Suite 100
      Anchorage, Alaska  99502
      Voice: (907) 243-2400
      Fax: (907) 243-2609
      E-mail: mark.rosenbaum.law@gci.net
      Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE
IMPOSITION OF SENTENCE
was served upon

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on November 22, 2006, via:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

and a courtesy copy was provided to

Timothy M. Astle
United States Probation Office

Executed at Anchorage, Alaska, on
November 22, 2006.


s/ Mark A. Rosenbaum