NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                   Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>DAMON DEVONE STEVENS,  )<br>  )<br>                  Defendant.  )<br>_____ ) | Case 3:05-CR-00108-4-JWS<br><br><u>NOTICE OF FILING CERTIFIED</u><br><u>COPIES OF PRIOR CONVICITONS</u> |

      The United States gives notice of filing certified copies of the defendant's prior convictions. The filing of these certified copies establish the defendant's qualifying predicate convictions for offenses that meet the criteria for calculating the defendant's advisory guideline sentence range under the career offender

sections of the United States Sentencing Guidelines at U.S.S.G. § 4B1.1.  As a result of being classified as a career offender, the defendant is subject to being sentenced more severely than other defendants convicted of similar offenses.

  RESPECTFULLY SUBMITTED this day, November 29, 2006, in Anchorage, Alaska.

              NELSON P. COHEN
              United States Attorney

              s/Stephan A. Collins
              Assistant U.S. Attorney
              222 West 7th Ave., #9, Rm. 253
              Anchorage, AK 99513-7567
              Phone: (907) 271-5071
              Fax: (907) 271-1500
              E-mail: stephan.collins@usdoj.gov
              AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2006
a copy of the foregoing was served
electronically:

Mark A. Rosenbaum
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502


s/ Stephan A. Collins