LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR DOWNWARD |
| vs. | ) | DEPARTURE |
| | ) | |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law Offices of Mark A. Rosenbaum, and hereby moves for downward sentencing departure.

This motion is made on the grounds that under *United States v. Lawrence*, 916 F.2d 553, 554-55 (9th Cir. 1990); *United States v. Reyes*, 8 F.3d 1379 (9th Cir. 1993); *United States v. Brown*, 903 F.3d 540 (8th Cir. 1990); *United States v. Adkins*, 937 F.3d 947, 951-52, 4th Cir. 1991); and *United States v. Moreland*, 366 F.Supp.2d 416 (S.D. W.Va. 2005), *affirmed in part, remanded in part*, 437 F.3d 424, 435-36 (4th Cir. 2006), *cert. den.*, 126 S.Ct. 2054 (2006), a sentence of 140 to 175 months meets

the criteria set by 18 U.S.C. § 3553(a), and, considering the number of driving without a license citations and other driving related offenses, level VI substantially overstates the applicable criminal history category.

This motion is based upon the attached Sentencing Memorandum (which is incorporated herein by this reference), the pleadings, papers and documents on file in this action, and such further argument and evidence as the Court may allow at any hearing on this matter.

DATED: 30 November 2006    Respectfully submitted,

                LAW OFFICES OF MARK A. ROSENBAUM
                Attorneys for Defendant

                By:   s/ Mark A. Rosenbaum
                        MARK A. ROSENBAUM
                        4940 Byrd Lane, Suite 100
                        Anchorage, Alaska  99502
                        Voice: (907) 243-2400
                        Fax: (907) 243-2609
                        E-mail: mark.rosenbaum.law@gci.net
                        Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing MOTION FOR DOWNWARD DEPARTURE

was served upon

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on December 1, 2006, via:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery to the USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

and a courtesy copy was provided to

Timothy M. Astle
United States Probation Office


Executed at Anchorage, Alaska, on
December 1, 2006.



s/ Mark A. Rosenbaum