LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR |
| vs. | ) | EVIDENTIARY HEARING |
| | ) | |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law Offices of Mark A. Rosenbaum, and hereby moves for an evidentiary hearing to address his request for downward sentencing departures.

This motion is made on the ground that under *United States v. Lawrence*, 916 F.2d 553, 554-55 (9th Cir. 1990); *United States v. Reyes*, 8 F.3d 1379 (9th Cir. 1993); *United States v. Brown*, 903 F.3d 540 (8th Cir. 1990); *United States v. Adkins*, 937 F.3d 947, 951-52, 4th Cir. 1991); and *United States v. Moreland*, 366 F.Supp.2d 416 (S.D. W.Va. 2005), *affirmed in part, remanded in part*, 437 F.3d 424, 435-36 (4th

Cir. 2006), *cert. den*., 126 S.Ct. 2054 (2006), a sentence of 140 to 175 months meets the criteria set by 18 U.S.C. § 3553(a), and, without the testimony of witnesses who can address the following factors, the Court may be deprived of a factual basis for the departure requested.

      This motion is based upon the attached Sentencing Memorandum (which is incorporated herein by this reference), the pleadings, papers and documents on file in this action, and such further argument and evidence as the Court may allow at any hearing on this matter.

DATED: 30 November 2006   Respectfully submitted,

      LAW OFFICES OF MARK A. ROSENBAUM
      Attorneys for Defendant

      By:   s/ Mark A. Rosenbaum
           MARK A. ROSENBAUM
           4940 Byrd Lane, Suite 100
           Anchorage, Alaska 99502
           Voice: (907) 243-2400
           Fax: (907) 243-2609
           E-mail: mark.rosenbaum.law@gci.net
           Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing MOTION FOR EVIDENTIARY HEARING

was served upon

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on December 1, 2006, via:

   ( ) U.S. Mail
   ( ) U.S. Mail Certified
   ( ) FAX
   ( ) Hand Delivery to the USAO
   ( ) Private Messenger Service
   (X) Email via CM/ECF

and a courtesy copy was provided to

Timothy M. Astle
United States Probation Office


Executed at Anchorage, Alaska, on
December 1, 2006.



s/ Mark A. Rosenbaum