MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DAMON STEVENS (4)*

THE HONORABLE JOHN W. SEDWICK        CASE NO.  3:05-cr-00108 (JWS)

PROCEEDINGS:  **ORDER FROM CHAMBERS**        Date:  December 4, 2006

      In a separate order, the court granted defendant Steven's motion to present witnesses at the sentencing hearing scheduled for December 5, 2006.  Nothing in this order alters defendant's opportunity to present testimony on December 5, 2006.

      This order addresses plaintiff's motion at docket 525 for a continuance to present plaintiff's witnesses–persons who are incarcerated–to a date when the United States Marshal will be able to actually get them back to Alaska, something that has proved impossible in time for the December 5 hearing.

      The motion at docket 525 is **GRANTED** as follows:  The court will set a date for the presentation of witnesses to be called by plaintiff after hearing from counsel on December 5, 2006, regarding the date those witnesses can actually be present.