LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING SENTENCING |
| vs. | ) | MEMORANDUM ATTACHMENTS |
| | ) | |
| DAMON STEVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law

Offices of Mark A. Rosenbaum, and hereby gives notice of filing the attachments to the

Sentencing Memorandum for the Defense that are pertinent to the imposition of sentence in this case.

DATED: 4 December 2006      Respectfully submitted,

                              LAW OFFICES OF MARK A. ROSENBAUM
                              Attorneys for Defendant

                              By:   s/ Mark A. Rosenbaum
                                     MARK A. ROSENBAUM
                                     4940 Byrd Lane, Suite 100
                                     Anchorage, Alaska  99502
                                     Voice: (907) 243-2400
                                     Fax: (907) 243-2609
                                     E-mail: mark.rosenbaum.law@gci.net
                                     Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing NOTICE OF FILING SENTENCING MEMORANDUM ATTACHMENTS

was served upon

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on December 4, 2006, via:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery to the USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

and a courtesy copy was provided to

Timothy M. Astle
United States Probation Office


Executed at Anchorage, Alaska, on
December 4, 2006.



s/ Mark A. Rosenbaum