

**WASHINGTON** DRIVER LICENSE
LIC.# STEVEDD248CE  EXP. 02-05-2010
STEVENS DAMON DEVONE
34240 38TH PL SW
FEDERAL WAY WA 98023
CDL:    END:              RES: C
SEX  HT    WT    EYES
M    5-09  250   BRN
ISSUE DATE 11-78-2005
DOB 02-05-1976

TEMP EXP 12-31-2005

**DEFENDANT'S EXHIBIT**
CASE NO. 05-108
EXHIBIT NO.