To the Court of Alaska,

My name is Lorraine Stevens aunt to Damon Stevens.

I'd like to talk to a little bit about my nephew and how he was raised.
Damon was raised the younger part of his life in a small town in WV. In 1985
Damon, his mom, sister and I traveled to Seattle Wa. Along with my first cousin an
Aunt and Uncle.

Upon arriving here we immediately feel in love with the area. It reminded us a lot
of where we are from with the trees and mountains. Although WV has smaller
mountains but it's just as beautiful. At any rate while living in WV, Damon would
go fishing on Buffalo Creek, he go swimming daily in the summer, he liked the
outdoors which is why we all loved our new home.

Damon went to school in Wa. State did the normal things kids do such as riding
bikes, fishing, and swimming.

Damon grew up living with me the majority of the time. His Dad had an accident
when Damon was small and was partially paralyzed for 20 years until he passed
away. Damon's mom struggled raising two children and got help from myself and
other family members. Through the hardships my sister and her children faced still
did not break their spirit. Damon would give the shirt off his back. Never hesitate
to lend a hand to someone. He continued to be family oriented and was always close
with the family. When Damon had a daughter of his own that same family closeness
was there. He loves his daughter with all his heart and she loves her Daddy. If
Damon likes apples she likes apples, if he hates brussel sprouts she hates brussel
sprouts.

Damon is well liked, he meet no strangers and is very friendly. He loves to laugh
and has always been happy. We all miss him so much and look forward to his
return to our family.

My only request would be for you to have leniency for Damon. He's a good person
and deserves another chance.

May God Bless You All
Thank You
Lorraine Stevens


DEFENDANT'S
EXHIBIT

CASE
NO. 05-108

EXHIBIT
NO.