November 10, 2006

**To Whom It May Concern;**

**Reference: Character Letter in reference to Damon D. Stevens**

Hello my name is Sheila A. Stevens, I'm Damon D. Stevens aunt.

I would like to take this opportunity to talk to you about my nephew Damon.

As a teenager, I use to baby-sit Damon while his mother worked. He is a very loving person with an extremely kind heart. I would often get mad at him because he would give anyone his last. (If he only had a one piece of candy left and you asked him for it he would give it to you without thinking twice about it). I use to try to instill in him that you don't give anyone your last. "That's just the kind of person he is".

Damon's mother had him when she was only sixteen years old. As a young child he would shovel snow in the winter time, cut grass in the summer time and rake leaves during the fall of the year to help his mother.

He was a mentor to the kids in the neighborhood and always tried to keep them on the right path. All the kids in the neighborhood looked up to him. He would cut their hair free and fix the flat tires on their bikes without charging them a dime.

During pee-wee and little league season he would go to the field each day they had practice to help the kids with their plays. "He was out there so often the head coach made him his young assistant.

Damon has always been a joy to have around. He has the type of smile that could light up your heart. As a member of Damon's family we are praying daily that he returns home to his family very soon, he has a daughter that really needs him. The God we serve is a God of second chances and we will continue to pray until his returns safely home to us.

Thank you very much for your time.

Respectfully,

*Sheila A. Stevens*

Sheila A. Stevens
12028 Continental Drive
Spanish Lake, MO 63138.
(314) 477-9667



DEFENDANT'S EXHIBIT
CASE NO. 05-108
EXHIBIT NO.