November 30, 2006

To Whom It May Concern:

I am writing this letter on behalf of Mr. Damon Stevens.

My name is Laura Sakota and I have known Mr. Stevens for the past 14 years. When I first met Mr. Stevens in 1993, I thought wow he seems really nice and he's kinda funny. Well 14 years later, my opinion of him has grown to be so much more than just that.

Unfortunately there isn't many people that know the Damon Stevens, I know, the friend his friends count on, the dad his daughter looks up to, the man who's fiance' adores him and the man his family loves.

As I got to know Mr. Stevens through the years he has proven to be an outstanding father, a loyal friend and a compassionate man.

Mr. Stevens being the caring and loving person he is, has always been like an "uncle" to my two children. Since their father wasn't in the picture all of the time he would take the time to make sure they didn't need anything or even just to make them laugh, he always made my kids feel special.

Now he has his own daughter and I must say in the beginning he was very nervous about bieng a father. But he has grown to be a wonderful father and his daughter just adores him. To see the two of them together is amazing. The smile on his face, the pride he shows and the way her eyes light up when she see's her dad, is enough to make any parent proud.

I know Mr. Stevens hasn't been perfect in the eyes of the law but that doesn't mean that he isn't all of the things that I have come to know him as.

I can only wish the best for Mr. Stevens and his family.

I believe people can change, and I believe they deserve a chance to do so.

Mr. Stevens has many reasons to change; he has a loving family who cares about him, he has a beautiful daughter who needs her father in her life and a one of a kind woman, who has stood by him through all the good times and bad times over the years.

To me those are the the most important reasons for him to make better of the life he has been given. I know Mr. Stevens has what it takes to make a better life for him and his family. He just has to believe in himself the way others who love and care about him do.

Respectfully,
Laura M. Sakota
1416 S. Fir Street
Kennewick, WA 99337



DEFENDANT'S EXHIBIT
CASE NO. 05-108
EXHIBIT NO.