MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___DAMON STEVENS___ CASE NO. _3:05-CR-00108-04-JWS_
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE: _____JOHN W. SEDWICK_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____MARK ROSENBAUM_____

U.S.P.O.: _____PATTY WONG/BARBARA BURTON_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 12/05/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

Court and counsel heard re plea agreement and objections to presentence report; paragraphs 13 and 16 of the main report and paragraphs 16, 22, 24, 61, 64 and 82 of Attachment A.

Court and counsel heard re government's witnesses.

Imposition of Sentence set **February 6, 2007 at 10:00 a.m.** with Judge Sedwick.

Damon Devon Stevens sworn and testified on behalf of himself. Defendant's exhibits A, B, C, D, E, F, G and H **ADMITTED.** Defendant's exhibit I **IDENTIFIED.**

At 10:03 a.m. court recessed until 10:20 a.m.

Damon Devon Stevens resumed the stand and testified further on his own behalf.

Defendant's detention continued.

Court recommends that the defendant be returned to Sea Tac in order to spend the holiday's with his family.

At 11:05 a.m. court adjourned.

DATE: ___December 5, 2006___   DEPUTY CLERK'S INITIALS: ___Ce___