LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION ON SHORTENED TIME |
| vs. | ) | TO PRECLUDE TESTIMONY OF |
| | ) | CODEFENDANTS AT |
| DAMON STEVENS, et al., | ) | IMPOSITION OF SENTENCE |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Damon Stevens, by and through the Law

Offices of Mark A. Rosenbaum, and hereby moves for an order precluding the

government from calling codefendants as witnesses at the imposition of sentence

in the above-captioned action currently scheduled for February 6, 2007, at 10:00 a.m.

This motion is made on the ground that, despite prior requests both orally and in writing (Docket Nos. 98 and 99, December 13, 2005), as well as a court order for expedited production (Docket Nos. 144 and 145, December 30, 2005), the government waited until 11:40 a.m. on February 5, 2007, to give counsel for Mr. Stevens notice that *Brady-Giglio* materials were available to be picked up at the U.S. Attorneys Office.   With less than 24 hours notice and no delivery (via email, U.S. mail, UPS,  FedEx, etc.), whatever information the government has seen fit to disclose can not reasonably be acted upon (investigated, prepared,  subpoenaed, etc.) so as to be effectively useful at a hearing less than 7 business hours away.

The imposition of Mr. Stevens' sentence has been continued more than once, and the last for over 45 days so the government could arrange for the presence of the very witnesses at issue here.  Accordingly, the defense respectfully

//

//

requests that their testimony be precluded based on the government's denial of ability to effectively cross-examine, rather than continue the hearing once again.

DATED: <u>February 5, 2007</u>     Respectfully submitted,

                                          LAW OFFICES OF MARK A. ROSENBAUM
                                          Attorneys for Defendant

By:   <u>s/ Mark A. Rosenbaum</u>
        MARK A. ROSENBAUM
        4940 Byrd Lane, Suite 100
        Anchorage, Alaska 99502
        Voice: (907) 243-2400
        Fax: (907) 243-2609
        E-mail: mark.rosenbaum.law@gci.net
        Alaska Bar No. 8906033

I declare under penalty of perjury
that a true and correct copy of the
foregoing  MOTION ON SHORTENED TIME TO PRECLUDE TESTIMONY OF
CODEFENDANTS AT  IMPOSITION OF SENTENCE
was served upon

STEPHAN  A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on February 5, 2007, via:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X)  Email via CM/ECF

and a courtesy copy was provided to

Timothy M. Astle
United States Probation Office

Executed at Anchorage, Alaska, on
February 5, 2007.



s/ Mark A. Rosenbaum