LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska 99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-108-JWS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER PRECLUDING |
| vs. | ) | TESTIMONY OF CODEFENDANTS |
| | ) | AT IMPOSITION OF SENTENCE |
| DAMON STEVENS, et al., | ) | |
| Defendants. | ) | |

GOOD CAUSE appearing therefor based upon the government's failure to timely disclose *Brady-Giglio* materials prior to the imposition of sentence in this matter, and there having been prior continuances affording adequate opportunity to make such disclosures in a timely fashion, the testimony

of codefendants to which such materials are relevant in cross-examination is hereby precluded.

IT IS SO ORDERED.


DATED: _____          _____
                                                            U.S. District Judge

I declare under penalty of perjury
that a true and correct copy of the
foregoing ORDER PRECLUDING TESTIMONY OF CODEFENDANTS AT
IMPOSITION OF SENTENCE
was served upon

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on February 5, 2007, via:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X) Email via CM/ECF

and a courtesy copy was provided to

Timothy M. Astle
United States Probation Office

Executed at Anchorage, Alaska, on
February 5, 2007.



s/ Mark A. Rosenbaum