(Rev 2/06)

# LIST OF EXHIBITS

Case No. 3:05-CR-00108-04-JWS    ~~Magistrate Judge~~/Judge: John W. Sedwick

Title  U.S.A.
vs.    Damon Stevens

Dates of Hearing/~~Trial~~: December 5, 2006 & February 6, 2007

Deputy Clerk/Recorder: Caroline Edmiston / April Kanpi

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Stephan Collins | Mark Rosenbaum |
|  |  |
|  |  |

----------EXHIBITS----------

| PLAINTIFF ||| | DEFENDANT ||||
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | A | x | 12/5 | Photo - family |
|  |  |  |  | B | x | 12/5 | Photo - daughter |
|  |  |  |  | C | x | 12/5 | photo |
|  |  |  |  | D | x | 12/5 | photo |
|  |  |  |  | E | x | 12/5 | Drivers License |
|  |  |  |  | F | x | 12/5 | Letter aunt Lorraine |
|  |  |  |  | G | x | 12/5 | Letter aunt Sheila |
|  |  |  |  | H | x | 12/5 | Letter - Laura |
|  |  |  |  | I | x |  | 6 pages - NOTES |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |