**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>DAMON STEVENS</u>         CASE NO. <u>3:05-cr-00108-04-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:        <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:        <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:        <u>STEPHAN COLLINS</u>

DEFENDANT'S ATTORNEY:        <u>MARK ROSENBAUM</u>

U.S.P.O.:        <u>TIM ASTLE</u>

PROCEEDINGS: CONTINUED IMPOSITION OF SENTENCE
             HELD FEBRUARY 6, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:14 a.m. court convened.

Court and counsel heard re presentence report.

Court and counsel heard re defendant's Motion to Exclude Testimony of Codefendants at Imposition of Sentence (Dkt 582); **DENIED.**

Court and counsel heard re defendant's Motion Sentencing Guideline Departure (Dkt 534); **DENIED WITHOUT PREJUDICE.**

Krista Ann Callan sworn and testified on behalf of the plaintiff.

Carlos Rainey sworn and testified on behalf of the plaintiff.

At 12:18 p.m. court recessed until 12:29 p.m.

Shannon Rainey sworn and testified on behalf of the plaintiff.

At 12:48 p.m. court recessed until 2:19 p.m.

D'Andre Anthony Tolbert sworn and testified on behalf of the defendant.

CONTINUED ON PAGE 2

DATE:   <u>February 6, 2007</u>     DEPUTY CLERK'S INITIALS:   <u>amk</u>

**AMENDED**
CONTINUATION - PAGE 2
U.S.A. vs. DAMON STEVENS
3:05-cr-00108-04-JWS
CONTINUED IMPOSITION OF SENTENCE
February 6, 2007
------------------------------------------------------------------

 X  Notice of Appeal form given to defendant.

 X  Court stated findings/reasons pursuant to sentencing
    guidelines.

 X  Imprisonment for a period of 188 months. This term consists of
    188 months on each of Counts 1, 12, and *22, all Counts to be
    served concurrent to each other.

 X  Defendant placed on supervised release for a period of  5
    years under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.
    This term consists of 5 years on Count 1 and 3 years on each
    of Counts 12 and 22, all Counts to be served concurrent to
    each other.

 X  Special Assessment $ 300.00 , due immediately.

 X  Defendant remanded to the custody of the U.S. Marshal.

 X  OTHER: Court recommended that the defendant participate in the
    500 hour drug and alcohol program and that the defendant be
    placed at the Facility located in El Reno, Oklahoma. Appeal
    rights given. Payment Coupon given to the defendant. List of
    Witnesses and List of Exhibits filed separately.

At 3:29 p.m. court adjourned.


DATE:     February 6, 2007      DEPUTY CLERK'S INITIALS:   amk