

RECEIVED
MAR 0 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>D'ANDRE TOLBERT<br>Reg. No. 35779-086<br><br>On Writ of Habeas Corpus<br><br>_____<br><br>UNITED STATES OF AMERICA,<br><br>DISTRICT OF ALASKA<br>_____ | No. 3:05-CR-00108-JWS<br><br>WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*<br><br>**Ex Parte Under Seal**<br>**On Shortened Time** |

The President of the United States of America to:

United States Bureau of Prisons, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of D'Andre Tolbert, Reg. No. 35779-086, by you imprisoned and detained as it is said, at Sheridan FCI, Sheridan, Oregon, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for the purpose of giving testimony under oath on February 6, 2007, at 10:00 a.m., and other

proceedings as the Court may desire, thereafter and as necessary in <u>United States v. Damon Stevens, et al.</u>, No. 3:05-cr-00108-JWS now pending before said court, and that you return said person to the United States Bureau of Prisons, at Sheridan FCI, Sheridan, Oregon, as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska, on this 18th day of January, 2007.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By **REDACTED SIGNATURE**
DEPUTY CLERK

Certified to be a true and correct copy of original filed in my office.
Dated  1-18-07
By REDACTED SIGNATURE  Deputy

D'ANDRE TOLBERT
SHERIDAN FCI
18TH JAN 07

Randy M. Johnson
CRIM CLERK